Sealed

Public and unofficial staff access
to this instrument are
prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 25 2021

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-21-440 |
| JOSE SALINAS | § | |

**SEALED INDICTMENT**

THE GRAND JURY CHARGES:

On or about March 19, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally open, lease, rent, use, and maintain a place, namely, a residence located at ███████, Brownsville, Texas, for the purpose of distributing a controlled substance, that is, approximately 1 kilogram (2.2 pounds) of methamphetamine, and approximately 1 kilogram (2.2 pounds) of cocaine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 856(a)(1), 856(b), 856(d) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Elena Alaniz-Salinas for*

DAVID A. LINDENMUTH
Assistant United States Attorney