**Sealed** 5/26/21
Public and unofficial ~~United~~ ~~access~~
to this instrument are
prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
U.S. MARSHALS /TX
2021 MAY 25 PM 2:02
BROWNSVILLE, TX

| United States of America | § | |
|---|---|---|
| v. | § | |
|  | § | Case No. 1:21cr440-1 |
|  | § | |
| **JOSE SALINAS** | § | |
| *Defendant* | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 26 2021

NATHAN OCHSNER
CLERK OF COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JOSE SALINAS**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**SEALED INDICTMENT**

Date: May 25, 2021

Juanita Tabares, Deputy Clerk
*Issuing officer's signature*

City and state: Brownsville, Texas

NATHAN OCHSNER, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5/25/2021, and the person was arrested on *(date)* 5/25/2021
at *(city and state)* Brownsville, TX.

Date: 5/26/2021

*Arresting officer's signature*

Nicholas Myers    FBI Special Agent
*Printed name and title*

6