# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ' |
| **vs.** | ' CRIMINAL NO. 1:21-CR-00440 |
| **JOSE SALINAS** | ' |

## ORDER ON MOTION FOR CONTINUANCE

On this _____, 2021, the Court considered Defendant's Motion for Continuance, and the Court, after considering the same, is of the opinion that the same should be GRANTED/DENIED.

Defendant, Jose Salinas' motion hearing is set on _____, 2021, at \_\_\_:\_\_\_\_ \_\_.m., pretrial conference and docket call hearing is set on _____, 2021, at \_\_\_:\_\_\_\_ \_\_.m., and jury selection is set on _____, 2021, at \_\_\_:\_\_\_ \_\_\_.m.

SIGNED this _____, 2021, at Brownsville, Texas.

_____
United States District Judge