United States District Court
Southern District of Texas
FILED

APR 12 2022

Nathan Ochsner
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CRIMINAL NO. B-21-440-S2** |
| **JOSE SALINAS** | § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 19, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally open, lease, rent, use, and maintain a place, namely, a residence located at 2397 Quail Trail in Brownsville, Texas, for the purpose of distributing a controlled substance, that is, approximately 1 kilogram (2.2 pounds) of methamphetamine, and approximately 1 kilogram (2.2 pounds) of cocaine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 856(a)(1), 856(b), 856(d), and Title 18, United States Code, Section 2.

### COUNT TWO

On or about March 19, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally attempt to aid and abet possession with intent to distribute a quantity more than fifty (50) grams, that is, approximately 1 kilogram (2.2 pounds) of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about March 19, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally attempt to aid and abet possession with intent to distribute a quantity more than more than 500 grams, that is, approximately 1 kilogram (2.2 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally attempt to open, lease, rent, use, and maintain a place, namely, a residence located at 2397 Quail Trail in Brownsville, Texas, for the purpose of distributing a controlled substance, that is, approximately 60 kilograms (132 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 856(a)(1), 856(b), 856(d), and

Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE SALINAS,**

did knowingly and intentionally attempt to aid and abet possession with intent to distribute a quantity more than 5 kilograms, that is, approximately 60 kilograms (132 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*Edgardo Rodriguez for*
DAVID A. LINDENMUTH
Assistant United States Attorney