# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs | § | CRIMINAL NO. B-21-440 |
| | § | |
| JOSE SALINAS | § | |

## O R D E R

Upon consideration of Government's Motion to Dismiss Indictment, it is hereby ordered that the Original and First Superseding Indictment in the above-styled and numbered cause be dismissed as to Defendant, **JOSE SALINAS**, for the reason that he plead guilty to Count 2 of the Second Superseding Indictment that was filed on August 2, 2022, and was sentenced on November 8, 2022 in Cause no. B-21-CR-440-S2.

IT IS ORDERED that the Original and First Superseding Indictment be dismissed without prejudice as to the above-named Defendant.

SIGNED in Brownsville, Texas, on this _____ day of November, 2022.

_____
FERNANDO RODRIGUEZ, JR.
UNITED STATES DISTRICT JUDGE